JS-6

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11  FILM FINANCES, INC., a California corporation,

12        Plaintiff,

13     vs.

14  FORTIS MEDIACOM FINANCE,

15  S.A., a France company,

16        Defendant.

17

18

CASE NO. CV 09-6818 MMM (PLAx)

**[PROPOSED] JUDGMENT FOR PETITIONER**

19        On September 25, 2009, Petitioner Film Finances, Inc. and Respondent Fortis

20  Mediacom Finance, S.A. stipulated, pursuant to a Stipulation to Confirm Arbitration

21  Award and for Entry of Judgment, that: (i) the Court confirm the Final Award dated

22  September 9, 2009 (the "Arbitration Award"), in an arbitration between the parties

23  conducted pursuant to the Independent Film & Television Alliance Rules for

24  International Arbitration, Case No. 09-47 (the "Arbitration"); (ii) the Court enter

25  judgment in conformity with the Arbitration Award; and (iii) each party bears its

26  own costs in this action.  Accordingly,

27

28

IT IS HEREBY ORDERED AND ADJUDGED:

1. That Film Finances, Inc.'s Petition to Confirm Arbitration Award is granted;

2. That Film Finances, Inc.'s obligations regarding delivery under the Completion Guaranty dated as of 17 October 2007 with respect to the motion picture "Miracle at St. Anna," directed by Spike Lee, are satisfied and discharged because Film Finances, Inc. completed delivery to TF1 International, and Petitioner is discharged of any further liability under said Completion Guaranty;

3. That Respondent take nothing by way of its Cross-Complaint in the Arbitration;

4. That Respondent shall pay Film Finances, Inc. the sum of US$600,000 pursuant to the award of attorney's fees and costs incurred in the Arbitration; and

5. That each party shall bear its own costs in this action.

DATED: October 8, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/
_____
Yonaton M. Rosenzweig
Attorneys for Petitioner
Film Finances, Inc.